UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VAN VETH,

                Petitioner,

   v.

LORETTA LYNCH, et al.,

                Respondents.

Case No. C15-1392-MJP-BAT

**REPORT AND RECOMMENDATON**

Van Veth, through counsel, initiated the instant habeas action pursuant to 24 U.S.C. § 2241, to obtain release from immigration detention at the Northwest Detention Center. *See* Dkt. 1. On October 22, 2015, respondents moved to dismiss, arguing that Mr. Veth's detention was lawful. Dkt. 10. On November 3, 2015, Mr. Veth was removed to Cambodia. Dkt. 14. The parties subsequently submitted a joint status report agreeing this matter should be dismissed as moot. *Id.* The Court thus recommends that petitioner's habeas petition, Dkt. 1, be **DENIED**; respondents' motion to dismiss, Dkt. 1, be **DENIED** as moot;

\\

\\

REPORT AND RECOMMENDATON- 1

and this action be **DISMISSED** without prejudice as moot.   A proposed Order accompanies this Report and Recommendation.

DATED this 1st day of December, 2015.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATON- 2