UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VAN VETH,

                Petitioner,

    v.

LORETTA LYNCH, et al.,

                Respondents.

Case No. C15-1392-MJP

**ORDER OF DISMISSAL**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

1. The Court adopts the Report and Recommendation.

2. In accordance with the parties' agreement, Dkt. 14, petitioner's habeas petition is **DENIED**, and this action is **DISMISSED** without prejudice as moot.

3. Respondents' motion to dismiss, Dkt. 10, is **DENIED** as moot.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 3rd day of December, 2015.

                                          Marsha J. Pechman
                                          Chief United States District Judge

ORDER OF DISMISSAL- 1